# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:17-cv-01611-JFW-KSx      Date 8/23/17

Title: Martin Vogel v. Zentmyer Properties

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present      Not Present

Proceedings: ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other   Voluntary Dismissal filed 8/22/17 [16] - make js6

☐ Entered _____.

Initials of Preparer    sr